IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00391-CCE-LPA

| | |
|---|---|
| JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC., d/b/a EARNIN,<br><br>Defendant. | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned, Stephen V. Carey of the law firm Parker Poe Adams & Bernstein LLP, member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Defendant Activehours, Inc. in this action. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

      This the 16th day of June, 2025.

      */s/ Stephen V. Carey*
      Stephen V. Carey
      NC State Bar No. 52791
      Aislinn R. Klos
      NC Bar No. 58309
      PARKER POE ADAMS & BERNSTEIN LLP
      301 Fayetteville Street, Suite 1400
      Raleigh, N.C. 27601
      Tel.: (919) 828-0564 | Fax: (919) 864-4564
      stevecarey@parkerpoe.com
      aislinnklos@parkerpoe.com

      *Counsel for Defendant Activehours, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to all counsel of record.

This the 16th day of June, 2025.

>　*/s/ Stephen V. Carey*
> Stephen V. Carey
> NC State Bar No. 52791
> Aislinn R. Klos
> NC Bar No. 58309
> PARKER POE ADAMS & BERNSTEIN LLP
> 301 Fayetteville Street, Suite 1400
> Raleigh, N.C. 27601
> Tel.: (919) 828-0564 | Fax: (919) 864-4564
> stevecarey@parkerpoe.com
> aislinnklos@parkerpoe.com
>
> *Counsel for Defendant Activehours, Inc.*