**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Joshua Stow, Sharone Bunn, and Tiara Lofton | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) **Case No.:** 1:25-cv-391-CCE-LPA |
| v. | ) |
| Activehours, Inc., d/b/a EarnIn | ) |
| | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER**
**ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

<u>PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT.</u> COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Activehours, Inc. _____ who is Defendant _____,

(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        (  ) Yes                    (✓) No

2.    Does party have any parent entities?

        (  ) Yes                    (✓) No

        If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____

        _____

        _____

3.  Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

      ( ) Yes             (✔) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
_____
_____

4.  Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

      ( ) Yes             (✔) No

If yes, identify all such owners: _____
_____
_____

5.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes             (✔) No

If yes, identify entity and nature of interest: _____
_____
_____

6.  <u>In all cases</u>, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of _____ and, in diversity cases, their states of citizenship:    (name of LLC or LP party)

_____      _____
    (name of member or partner)           (state of citizenship)

_____      _____
    (name of member or partner)           (state of citizenship)

_____      _____
    (name of member or partner)           (state of citizenship)

_____      _____
    (name of member or partner)           (state of citizenship)

2

Note:  If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page.  If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.  *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).


_/s/Stephen V. Carey_____          06/16/2025_____
          (Signature)                                                                    (Date)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to all counsel of record.

This the 16th day of June, 2025.

*/s/ Stephen V. Carey*
Stephen V. Carey
NC State Bar No. 52791
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Defendant Activehours, Inc.*