IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00391-CCE-LPA

| | |
|---|---|
| JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC., d/b/a EARNIN,<br><br>Defendant. | **ORDER** |

This matter is before the Court on the motion of Defendant Activehours, Inc for an extension of time, to and including July 17, 2025, within which to answer or otherwise respond to Plaintiffs' Class Action Complaint. For good cause shown and with the consent of Plaintiffs, the motion is GRANTED and Defendant Activehours, Inc. shall have through and including July 17, 2025 to serve an answer or otherwise respond to Plaintiffs' Class Action Complaint.

This the ____ day of June, 2025.

_____
United States District Court