UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-391

JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACTIVEHOURS, INC. d/b/a EARNIN,

    Defendant.

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Kevin Abramowicz of East End Trial Group LLC as counsel of record for Plaintiffs in this action. I certify that I am an active member in good standing of the Commonwealth of Pennsylvania Bar. I am appearing in association with Troy Shelton of Dowling PLLC, who is an active member of good standing of the bar of this Court.

Respectfully submitted,

Dated: June 17, 2025     By:   */s/ Kevin Abramowicz*

Kevin Abramowicz
**East End Trial Group LLC**
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Tel: (412) 223-5740
Fax: (412) 626-7101
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiffs*