# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:25-cv-391

| | |
|---|---|
| JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACTIVEHOURS, INC. d/b/a EARNIN, <br><br> Defendant. | |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Jason S. Rathod of Migliaccio & Rathod LLP as counsel of record for Plaintiffs in this action. I certify I am an active member in good standing of the District of Columbia Bar.

I am appearing in association with Troy D. Shelton of Dowling PLLC, who is an active member in good standing of the bar of this Court.

Respectfully submitted,

Dated: June 17, 2025                    By:  */s/ Jason S. Rathod*_____

Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H St. NE, Suite 302
Washington D.C., 20002
Telephone: (202) 470-3520
Fax: (202) 800-2730
jrathod@classlawdc.com

*Attorney for Plaintiffs*