UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-391

JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACTIVEHOURS, INC. d/b/a EARNIN,

    Defendant.

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Randolph T. Chen of Migliaccio & Rathod LLP as counsel of record for Plaintiffs in this action. I certify I am an active member in good standing of the District of Columbia Bar.

I am appearing in association with Troy D. Shelton of Dowling PLLC, who is an active member in good standing of the bar of this Court.

    Respectfully submitted,

Dated: June 17, 2025    By:  */s/ Randolph T. Chen*

    Randolph T. Chen
    **Migliaccio & Rathod LLP**
    412 H St. NE, Suite 302
    Washington D.C., 20002
    Telephone: (202) 470-3520
    Fax: (202) 800-2730
    rchen@classlawdc.com

    *Attorney for Plaintiffs*