IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00391-CCE-LPA

| | |
|---|---|
| JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN,<br><br>Defendant. | **NOTICE OF SPECIAL APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Michael N. Sheetz of the Cooley LLP law firm, enters a special appearance on behalf of Activehours, Inc. d/b/a EarnIn in this case. Mr. Sheetz is a member in good standing of the highest bar of Massachusetts. He is specially appearing in this action in accordance with Rule 83.1(d) of the Rules of Practice and Procedure of the U.S. District Court for the Middle District of North Carolina. The undersigned counsel agrees to comply with L.R. 83.1(d)(1)(i) and (ii) and appears in association with Stephen V. Carey and Aislinn R. Klos of the law firm of Parker Poe Adams & Bernstein LLP, who are members in good standing of the bar of this Court.

By this notice, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 10th day of July, 2025.

/s/ Michael N. Sheetz
Michael N. Sheetz
Massachusetts Bar No. 548776
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel.: (617) 937-2300 | Fax: (617) 937-2400
msheetz@cooley.com

/s/ Stephen V. Carey
Stephen V. Carey
NC State Bar No. 52791
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Defendant Activehours, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice to all attorneys of record.

This the 10th day of July, 2025.

/s/ Michael N. Sheetz
Michael N. Sheetz
Massachusetts Bar No. 548776
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel.: (617) 937-2300 | Fax: (617) 937-2400
msheetz@cooley.com

*Counsel for Defendant Activehours, Inc.*