IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00391-CCE-LPA

| | |
|---|---|
| JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC., d/b/a EARNIN,<br><br>Defendant. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Cristina C. Stam of the law firm Parker Poe Adams & Bernstein LLP, member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Defendant Activehours, Inc. in this action. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 15th day of July, 2025.

                                                */s/ Cristina C. Stam*
                                                Cristina C. Stam (NC State Bar No. 51009)
                                                Stephen V. Carey (NC State Bar No. 52791)
                                                Aislinn R. Klos (NC Bar No. 58309)
                                                PARKER POE ADAMS & BERNSTEIN LLP
                                                301 Fayetteville Street, Suite 1400
                                                Raleigh, N.C. 27601
                                                Tel.: (919) 828-0564 | Fax: (919) 864-4564
                                                stevecarey@parkerpoe.com
                                                aislinnklos@parkerpoe.com
                                                cristinastam@parkerpoe.com
                                                *Counsel for Defendant Activehours, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to all counsel of record.

This the 15th day of July, 2025.

*/s/ Cristina C. Stam*
Cristina C. Stam (NC State Bar No. 51009)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
cristinastam@parkerpoe.com
*Counsel for Defendant Activehours, Inc.*