# EXHIBIT C



Case 1:25-cv-00391-CCE-LPA    Document 20-3    Filed 07/17/25    Page 2 of 2