UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-391-CCE-LPA

JOSHUA STOW, SHARONE BUNN,
AND TIARA LOFTON, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

ACTIVEHOURS, INC. d/b/a EARNIN,

    Defendant.

**ORDER**

This matter is before the Court on the motion of Plaintiffs to extend the briefing schedule on Defendant's Motion to Compel Arbitration, filed July 17, 2025. For good cause shown and with Defendant's consent, Plaintiffs' motion is GRANTED and the schedule for Plaintiffs' response brief and Defendant's reply is modified as follows:

| Event | Current Deadline | Modified Deadline |
| --- | --- | --- |
| Plaintiffs' Response Brief | Aug. 7, 2025 | Sept. 8, 2025 |
| Defendant's Reply Brief | Aug. 21, 2025 | Oct. 8, 2025 |

Date: _____

_____
U.S.D.J.