UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:25-cv-391-CCE-LPA

JOSHUA STOW, SHARONE BUNN, AND TIARA LOFTON, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ACTIVEHOURS, INC. d/b/a EARNIN,

    Defendant.

## **DECLARATION OF SHARONE BUNN**

I, Sharone Bunn, declare that the following is true and correct to the best of my knowledge:

1.     I am a plaintiff in this lawsuit against Defendant Activehours, Inc.

2.     I am an adult individual residing in Washington, D.C.

3.     After Defendant filed its Motion to Compel Arbitration, I was made aware of the September 2021 Terms of Service (referred to as the "ToS").

4.     I do not remember agreeing to the ToS.

5.     I do not remember seeing or reading the ToS when I created my EarnIn account.

6.     I do not remember seeing or reading the ToS when I purchased cash advances.

1

7. I was previously not aware of any agreement with Defendant to arbitrate claims against Defendant, and I did not intend to agree to arbitrate anything with Defendant and do not believe I agreed to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/05/2025    By: _____

SHARONE BUNN