IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSHUA STOW, et al., individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:25-CV-391 |
| | ) | |
| ACTIVEHOURS, INC. d/b/a EARNIN, | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed October 23, 2025, Doc. 24, and in the absence of a motion to continue the stay filed on or before September 30, 2026, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.

This the 2nd day of November, 2026.

SENIOR UNITED STATES DISTRICT JUDGE